Spencer Ray Fitzpatrick
Reg. No. 17389-029
FCI Oakdale II
P.O. Box 5010
Oakdale, LA 71463

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 19 2022

TONY R. MOORE, CLERK
BY _____ZB_____
DEPUTY

Administrative Tort Claim - TRT-SCR-2022-01170

Administrative Services
Risk Management Division
Tort Claim Office
FCI #2 P.O. Box 5010
Oakdale, LA 71463

2:22-cv-2732

AFFIDAVIT OF FACTS IN SUPPORT OF TORT CLAIM

STATE OF LOUISIANA )
                   )  SCILICET:
PARISH OF ALLEN    )
                   )

"Indeed, no more than (affidavits", is necessary to make the prima facie case" UNITED STATES v. KIS, 658 F. 2d, 526, 536 (7th Cir. 1981); cert. denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982.

I, Spencer Ray Fitzpatrick, herein "Affiant", being duly sworn, depos and say declare by my signature that the following facts are true to the best of my knowledge and belief.

1) That the Affiant has personal knowledge of the facts of the matter and are contained in this AFFIDAVIT OF FACTS IN SUPPORT OF TORT CLAIM.

2) That the Affiant is party of cause, superian claimant, holder in due course of Tort Claim (administrative remedy).

3) That the Affiant was seen by Theresa Savant FNP provider on 08/15/21 about the massive infection in my right arm, left arm pit, and left buttock. Nurse Savant told me it will be fine and it will go away.

4) That Affiant was seen by Nurse Friday on 08/17/21 at pill line - showed him the infection. He told me to wait until Monday morning sick call.

5) That the Affiant was seen Nurse Lentz on 08/18/21. She examined it, told me it was "celitis", and put me on medication for that.

6) That Affiant was seen by Nurse Reed on 08/19/21. He said, "Oh my God - you're going to the hospital now!" My temperature was 103.2. I was admitted to Oakdale

Community Hospital in Oakdale, LA.

7)  That the Affiant was admitted to the hospital on 08/19/21 at 10PM.  He had emergency surgery the next morning.  Dr. Savoy, who works for the hospital, told me I was lucky to be alive.  I had MRSA in five (5) areas of my body.  I spent eighteen (18) days in the hospital, shackled to the bed, and way given 4mg of dilladid every three (3) hours for pain.

8)  That when Affiant returned to FCI Oakdale II, Case Manager LaFarge told me that he was directed to start the paperwork for my death because the medical staff and prison administrators told him I was going to die.

9)  The Affiant filed a personal injury Tort Claim on December 6, 2021 to the United States Department of Justice (FBOP) - South Central Regional Office. Administrative Tort Claim #TRT-SCR-2022-01170, signed by Mr. Jason A. Sickler - Regional Counsel.  The requested amount of the claim is $50,000,000 based on cases: ESTELLE v. GAMBLE and FARRINGTON v. CTY. OF BUCKS, which established clearly that deliberate indifference by prison personnel to a prisoners serious illness or injury constitutes cruel and unusual punishment.

10) That the Affiant has at no time requested or accepted extraordinary benefits or priviledges from the Respondent/Tort Fester or any other subdivision thereof.

11) That the Respondents, failure to provide or produce any evidence to the contrary, will provide the Affiant a means to extraordinary benefits or priviledges from the Respondent/Tort Feaster or any other subdivision thereof.

12) That the Respodent/Tort Feaster, failure to provide or produce any evidence to the contrary, will provide the Affiant a means to determine the nature of the Respondent/Tort Feasters actions up to and including default.

13) That, as with any Administrative Remedy process, Respondent/Tort Feaster(s), may controvert the statements and/or claims made by Affiant, party of cause, Superior Claimant, holder in due cause, or Tort Claim (Administrative Remedy) by executing and delivering a verified response "point by point" with evidence in support or stipulating that documents exists in the record, the Respondent/Tort Feater may agree and admit to all statements and claims made by Affiant, party of cause, Superior Claimant, holder in due course, tacit procuration, by simply remaining silent, silence equals to agreement.

14) That, in the event the Respondent/Tort Feaster admits the statement and claims by Affiant, party of cause, Superior Claimant, holder in due course, tactic procuration, all issues are deemed settled stake de cisis, and the Respondent/Tort Feaster, may not argue, controvert, or otherwise protest the finality of the administrative

remedy in any subsequent process, whether administrative,m judicial, or commerical.

15) However, "silence can only equate with fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be misleading", UNITED STATES v. PRUDDEN, 424 F. 2d 1021.

16) That the Affiant has requested $50,000,000.

17) That the Affiant has at no time requested or accepted any extraordinary benefits or priviledges from the Respondent/Tort Feaster, or any other subdivision thereof.

18) That the Respondent/Tort Feaster, failure to provide the Affiant a means to determine the nature of the Respondent/Tort Feasters action up to and including default.

19) That as with any administrative remedy, Respondent/Tort Feasters, may controvert the statements and/or claims made by Affiant, party of cause, Superior Claimant, holder in due cause, or Tort Claim (Administrative Remedy) by executing and delivering a verified response "point by point", with evidence in support or stipulating that documents exist in the record, the Respondent/Tort Feaster may agree and admit to all statements and claims made by Affiant, party of cause, Superior Claimant, holder in due course.

**ACKNOWLEDGEMENT**

PARISH
~~County~~ of _ALLEN_ )
                    )Scilicet
State of _LOUISIana_)

Subscribed and sworn before me this _30th_ of _June_, A.D. 20_22_

WITNESS my hand and official seal.

_Kathy Jordan  29997_

Notary Public _Kathy Jordan_          SEAL:

My Commission Expires _at death_

CERTIFICATE OF SERVICE

I, Spencer Ray Fitzpatrick, the Affiant, hereby certify that a complete and correct copy of the foregoing AFFIDAVIT IN SUPPORT OF TORT CLAIM was placed in the U.S. mail with pre-paid first-class postage and certify under penalty of perjury that pursuant to Title 28 U.S.C. §1746 that this was executed on this _15th_ day of July 2022.

/s/_____

Spencer Ray Fitzpatrick
Reg. No. 17389-029
FCI Oakdale II
P.O. Box 5010
Oakdale, LA 71463