**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

SPENCER RAY FITZPATRICK      :      **DOCKET NO. 2:22-cv-02732**
         **SECTION P**

VERSUS                 :      **JUDGE JAMES D. CAIN, JR.**

UNITED STATES OF AMERICA      :      **MAGISTRATE JUDGE KAY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss (doc. 47) be **GRANTED** in part and **DENIED** in part.  Specifically, the Court grants the United States' Motion to Dismiss on plaintiff's Eighth Amendment claim but denies the Motion to Dismiss the entire lawsuit, as plaintiff's FTCA claim remains viable.

**THUS DONE AND SIGNED** in chambers this 7th day of August, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
