United States District Court Western District Louisiana Lake Charles

Spancer R. Fitzpatrick

vs

United States of America

PRO SE    CASE # 22-CU-02732 JDC
Andemp

MOTION TO Amend

RECEIVED
OCT 2 6 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Judge CAin

MAgistrate Judge Kay

I Fitzpatrick core before the cart to Amend complaint. I do apologize for the delay, As A Pro Se I pray the carts understand. I Amend 2 things. I change my claim from deliberate indifferenc to medical negligenc. medical staff Are employees of the federal government. They had a duty to provide me with adequate medical care, And that their failure to provide such care is what caused my stay in the hospital And noar death.

Second, I change my monatary Amount from $50,000,000 fifty million to $150,000 one hundred + fifty thousand. At the time I initally filed my TorT I was inexperienced. I hope this is not A problem.

Respectfully Submitted

Spancer R. Fitzpatrick #17389-029
FMC Ft. Worth
Box 15330
Ft. Worth, TX 76119