UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SPENCER RAY FITZPATRICK**        **DOCKET NO. 2:22-cv-2732**
                                                                            **SECTION P**

**VERSUS**                                        **JUDGE JAMES D. CAIN, JR.**

**UNITED STATES OF AMERICA**        **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 100) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment (doc. 92) be **GRANTED** in favor of the United States and Fitzpatrick's claims be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 29th day of September, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE